

**SO ORDERED**

*Neal P. McCurn*

NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 7/21/09
Syracuse, New York

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LEE E. WOODARD, as Trustee for
Patricia J. Lopes and PATRICIA J.
LOPES, as mother and natural guardian
of JOHN DOE, an infant under the
age of 18 yrs, and JOHN DOE,

                Plaintiffs,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**
Civil Action No.: 5:08-cv-916
(NPM/GHL)

CITY OF SYRACUSE, CITY OF SYRACUSE
POLICE DEPARTMENT, SYRACUSE POLICE
OFFICER KEVIN CORCORAN, SYRACUSE POLICE
OFFICER ALBERT THOMPSON, SYRACUSE POLICE
OFFICER JOCELYN ALLBRIGHT, SYRACUSE POLICE
OFFICER JOSEPH DECARO and DETECTIVE JAMIE
LOCASTRO, all individually and in their official capacities,
and SYRACUSE POLICE OFFICERS 1-10, all in their individual and official
capacities.

                Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, being that no party hereto is an infant or incompetent, by and among the undersigned counsel for all parties that, the Plaintiffs' action is dismissed against Defendant Albert Thompson, with prejudice and without costs to any party.

Dated July 13, 2009

*[signature]*
By: Mary Anne Doherty
Assistant Corporation Counsel
Bar Roll No. 511188
Office of the Corporation Counsel
300 City Hall
Syracuse, New York 13202

*[signature]*
Terrance J. Hoffmann
Attorney for Plaintiffs
Bar Roll No. 103770
Hoffmann, Hubert & Hoffmann, LLP.
4629 Onondaga Boulevard
Syracuse, New York 13219